UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Meghan Fleming,                     Civil File No. 10-cv-4304 JNE/JJK

       Plaintiff,

vs.                                                    **ORDER**

Primary Financial Services, LLC,

       Defendant.

---

### ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                       BY THE COURT

Dated: 11-30-2010                        s/ Joan N. Ericksen
                                            The Honorable Joan N. Ericksen
                                            Judge of United States District Court