AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Meghan Fleming

V.

Primary Financial Services, LLC

**JUDGMENT IN A CIVIL CASE**

Case Number: 10-cv-4304 JNE/JJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The complaint is dismissed on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

|  |  |
|---|---|
| December 1, 2010 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/L. Brennan |
|  | (By) L. Brennan, Deputy Clerk |